## In re REINSTATEMENT OF Richard A. SAND, an Attorney at Law of the State of Minnesota.

### No. C9–88–1262.

Supreme Court of Minnesota.

Nov. 30, 1988.

### ORDER

WHEREAS, on October 27, 1988, 431 N.W.2d 107, this Court suspended Richard A. Sand from the practice of law for a period of 30 days, and

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed with this Court an affidavit certifying that Richard A. Sand has complied with the terms of the suspension order,

NOW, THEREFORE, IT IS ORDERED, Richard A. Sand is reinstated to the practice of law in the State of Minnesota effective November 26, 1988.